Frederick F. Cohn, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, and John Maloney, Senior Law Student, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROOSEVELT WILSON, Defendant-Appellant.

(No. 58898;

First District (1st Division)—October 15, 1973.

*Rehearing denied November 6, 1973.*

PER CURIAM.
EGAN, J., took no part.

Martin Carlson, Assistant Appellate Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEON SMITH, Defendant-Appellant.

(No. 58984;

First District (1st Division)—October 15, 1973.